Certificate Number: 14912-MOE-DE-032869742

Bankruptcy Case Number: 19-10432



14912-MOE-DE-032869742

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 24, 2019, at 3:21 o'clock PM EDT, Edward Boze completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Missouri.

Date:  May 24, 2019         By:    /s/Jai Bhatt

                            Name:  Jai Bhatt

                            Title:  Counselor