**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−21775−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Edward R. DeBona
   1528 Laurel Avenue
   Ambridge, PA 15003

Social Security No.:
   xxx−xx−7363

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Edgardo D Santillan<br>Santillan Law, PC<br>908 22nd St.<br>Aliquippa, PA 15001<br>Telephone number: 724−770−1040 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>July 29, 2019<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>July 29, 2019<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 6/19/19                                   BY THE COURT

                                                 Carlota M. Bohm
                                                 Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-21775-CMB
Edward R. DeBona                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha                Page 1 of 1              Date Rcvd: Jun 19, 2019
                              Form ID: rsc13            Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
db             +Edward R. DeBona,    1528 Laurel Avenue,    Ambridge, PA 15003-1314
15044005       +A & S Federal Credit Union,    2283 Brodhead Rd.,    Aliquippa, PA 15001-4697
15044006       +Alliance One Inc,    6565 Kimball Drive,    Suite 200,    Gig Harbor, WA 98335-1206
15044013       +NYC Department of Finance,    Church Street Station,    PO Box 3640,    New York, NY 10008-3640
15044015        The POrt Authority of NY & NJ,    Violations Processing Center,    PO Box 15186,
                 Albany, NY 12212-5186

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 20 2019 02:41:12      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jun 20 2019 02:41:37       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15044007       +E-mail/Text: ally@ebn.phinsolutions.com Jun 20 2019 02:41:00       Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
15044008       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 20 2019 02:41:34
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd,    5th Floor Mail Room,
                 Coral Gables, FL 33146-1837
15044009       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2019 02:51:53       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15044010        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2019 02:51:33       Capital One,
                 Bankruptcy Dept.,    PO Box 85167,    Richmond, VA 23285-5167
15067889        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2019 02:51:51
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15044011       +E-mail/PDF: pa_dc_ed@navient.com Jun 20 2019 02:51:16      Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
15067849        E-mail/Text: bkr@cardworks.com Jun 20 2019 02:40:56      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
15044012       +E-mail/Text: bkr@cardworks.com Jun 20 2019 02:40:56      Merrick Bank/CardWorks,
                 Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
15044014        E-mail/Text: bkrpt@retrievalmasters.com Jun 20 2019 02:41:20
                 Retrieval Masters Creditors Bureau Inc.,    PO Box 1235,    Elmsford, NY 10523-0935
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing, LLC, a Delaware Limited Li
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2019 at the address(es) listed below:
              Edgardo D Santillan    on behalf of Debtor Edward R. DeBona ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```