IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Edward R. Debona | : | Case No. 19-21775CMB |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Claim #01 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| A & S Federal Credit Union | : | Hearing Date |
| | : | |
| Respondent(s) | | |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM #1

The Trustee's Objection to Claim that was filed in the above-referenced case on November 21, 2019 (document #33 is hereby WITHDRAWN. The hearing scheduled for January 15, 2020 is hereby CANCELLED.

Respectfully submitted

12/30/19                    /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Edward R. Debona | : | Case No. 19-21775CMB |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Claim #01 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| A & S Federal Credit Union | : | Hearing Date |
| | : | |
| Respondent(s) | | |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Esquire
444 Liberty Avenue Suite 2200
Pittsburgh PA 15222

A & S Federal Credit Union
2283 Brodhead Road
Aliquippa PA 15001

Edgardo Santillan, Esquire
Santillan Law, P.C.
908 22nd Street
Aliquippa PA 15001

Edward R. DeBona
1528 Laural Avenue
Ambridge PA 15003

| | |
|---|---|
| 12/30/19 | /s/ Dianne DeFoor___ |
| date | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |