Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Edward R. DeBona** | : | Case No. 19−21775−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Per February 6, 2020 Proceeding |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 26th of February, 2020,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-21775-CMB
Edward R. DeBona                                                                Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric              Page 1 of 2             Date Rcvd: Feb 26, 2020
                            Form ID: 309            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db           +Edward R. DeBona,    1528 Laurel Avenue,    Ambridge, PA 15003-1314
cr           +A&S Federal Credit Union,    Strassburger McKenna Gutnick & Gefsky,
               444 Liberty Avenue, Suite 2200,    PITTSBURGH, PA 15222-1208
15044005     +A & S Federal Credit Union,    2283 Brodhead Rd.,    Aliquippa, PA 15001-4697
15044006     +Alliance One Inc,    6565 Kimball Drive,    Suite 200,    Gig Harbor, WA 98335-1206
15044013     +NYC Department of Finance,    Church Street Station,    PO Box 3640,    New York, NY 10008-3640
15044015      The POrt Authority of NY & NJ,    Violations Processing Center,    PO Box 15186,
               Albany, NY 12212-5186

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15083928      EDI: GMACFS.COM Feb 27 2020 07:48:00     Ally Bank,    PO Box 130424,    Roseville MN 55113-0004
15044007     +EDI: GMACFS.COM Feb 27 2020 07:48:00      Ally Financial,    Attn: Bankruptcy Dept,
               Po Box 380901,    Bloomington, MN 55438-0901
15083178     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 27 2020 03:21:05
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
               Coral Gables, FL 33146-1873
15044008     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 27 2020 03:21:05
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd,    5th Floor Mail Room,
               Coral Gables, FL 33146-1873
15044009     +EDI: CAPITALONE.COM Feb 27 2020 07:48:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
15044010      EDI: CAPITALONE.COM Feb 27 2020 07:48:00      Capital One,    Bankruptcy Dept.,    PO Box 85167,
               Richmond, VA 23285-5167
15067889      EDI: CAPITALONE.COM Feb 27 2020 07:48:00      Capital One Bank (USA), N.A.,
               by American InfoSource as agent,    PO Box 71083,    Charlotte, NC 28272-1083
15044011     +EDI: NAVIENTFKASMDOE.COM Feb 27 2020 07:48:00      Dept of Ed / Navient,    Attn: Claims Dept,
               Po Box 9635,    Wilkes Barr, PA 18773-9635
15083253     +E-mail/Text: kburkley@bernsteinlaw.com Feb 27 2020 03:21:25      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
15067849      E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 27 2020 03:25:27       MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
15044012     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 27 2020 03:26:17
               Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
15087050      EDI: NAVIENTFKASMSERV.COM Feb 27 2020 07:48:00      Navient Solutions, LLC on behalf of,
               Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
15044014      EDI: RMCB.COM Feb 27 2020 07:48:00      Retrieval Masters Creditors Bureau Inc.,    PO Box 1235,
               Elmsford, NY 10523-0935
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bayview Loan Servicing, LLC, a Delaware Limited Li
cr*          +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
               707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
                                                                                      TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
              Christopher J. Azzara    on behalf of Defendant   A&S Federal Credit Union cazzara@smgglaw.com,
               ccallahan@smgglaw.com;kmaiorano@smgglaw.com
              Christopher J. Azzara    on behalf of Creditor   A&S Federal Credit Union cazzara@smgglaw.com,
               ccallahan@smgglaw.com;kmaiorano@smgglaw.com

```
District/off: 0315-2           User: dric                 Page 2 of 2                   Date Rcvd: Feb 26, 2020
                               Form ID: 309               Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Edgardo D Santillan    on behalf of Plaintiff Edward R. DeBona ed@santillanlaw.com, edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com, eds.myecfemail@gmail.com,r53999@notify.bestcase.com

          Edgardo D Santillan    on behalf of Debtor Edward R. DeBona ed@santillanlaw.com, edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com, eds.myecfemail@gmail.com,r53999@notify.bestcase.com

          James Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com

          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                           TOTAL: 8