**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>EDWARD R. DEBONA<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-21775<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/30/2019 and confirmed on 08/02/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,580.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,580.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 234.02 | |
|    Trustee Fee | 90.42 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 324.44 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BAYVIEW LOAN SERVICING LLC** | 0.00 | 1,941.92 | 0.00 | 1,941.92 |
|     Acct: 6247 | | | | |
|   BAYVIEW LOAN SERVICING LLC** | 10,960.10 | 0.00 | 0.00 | 0.00 |
|     Acct: 6247 | | | | |
|   A & S FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5380 | | | | |
|   A & S FCU | 10,500.00 | 0.00 | 313.64 | 313.64 |
|     Acct: 5380 | | | | |
| | | | | 2,255.56 |
| **Priority** | | | | |
|   EDGARDO D SANTILLAN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDWARD R. DEBONA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SANTILLAN LAW FIRM PC | 4,000.00 | 234.02 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | ALLY FINANCIAL** | 11,464.52 | 0.00 | 0.00 | 0.00 |
| | Acct: 8398 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC. | 1,214.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 9645 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC. | 463.49 | 0.00 | 0.00 | 0.00 |
| | Acct: 3468 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC. | 300.23 | 0.00 | 0.00 | 0.00 |
| | Acct: 4463 | | | | |
| | NAVIENT SOLUTIONS LLC O/B/O US DEPT | 29,401.82 | 0.00 | 0.00 | 0.00 |
| | Acct: 7363 | | | | |
| | MERRICK BANK | 735.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 1117 | | | | |
| | DEPARTMENT OF DEFENSE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PORT AUHTORITY OF NY AND NJ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | ALLIANCE ONE RECEIVABLES MGMNT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RETRIEVAL MASTERS CREDITORS BUREA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DUQUESNE LIGHT COMPANY* | 99.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 5875 | | | | |
| | STRASSBURGER MCKENNA GUTNICK & G | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | A & S FCU | 2,302.55 | 0.00 | 0.00 | 0.00 |
| | Acct: 5380 | | | | |
| | A & S FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5380 | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | | | | 2,255.56 |
|---|---|---|---|---|---:|

TOTAL CLAIMED
| PRIORITY | 0.00 |
| SECURED | 21,460.10 |
| UNSECURED | 45.981.73 |

Date: 04/09/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com